# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0074

_____

SHELLEY and STEVEN TURK,

    Appellants,

    v.

STATE OF FLORIDA
CONSTRUCTION INDUSTRY
LICENSING BOARD,

    Appellee.

_____

On appeal from the Department of Business and Professional Regulation.
Sherri Franklin, Regulatory Consultant.

April 9, 2025

PER CURIAM.

The Court dismisses the appeal for lack of jurisdiction. This dismissal is without prejudice to Appellants' right to file an appeal once the Board enters a final, appealable order pursuant to Section 489.142(3), Fla. Stat. (2024).

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Adam F. Haimo and Kayla M. Wong of Smith Currie Oles LLP, Fort Lauderdale, for Appellants.

James Uthmeier, Attorney General, Marlene K. Stern and Ronald Jones, Assistant Attorneys General, Tallahassee, for Appellee.